■ In the Matter of ANGEL CUSTODIO, Appellant, v EMANUEL POPOLIZIO et al., Respondents.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on December 15,

1987, unanimously affirmed for the reasons stated by Stecher, J., without costs and without disbursements. Concur—Sullivan, J. P., Asch, Milonas, Kassal and Ellerin, JJ. *[See,* 139 Misc 2d 391.]